UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X
T-MOBILE NORTHEAST LLC,

                                 Plaintiff(s),            Civil Action No. CV10-4994

      -against-

TOWN OF HUNTINGTON ZONING
BOARD OF APPEALS and THE TOWN
OF HUNTINGTON TOWN CLERK,

                           Defendant(s).     **AFFIDAVIT OF SERVICE**
--------------------------------------------------------X
STATE OF NEW YORK     )
                       s.s :
COUNTY OF NEW YORK   )

       JOSEPH SANCHEZ, being duly sworn, deposes and says that he is an employee of KEATING & WALKER ATTORNEY SERVICE, INC., is over the age of eighteen years and is not a party to the action.

       That on the 1st day of November, 2010, at approximately 9:24 a.m., deponent served a true copy of the **SUMMONS IN A CIVIL ACTION; CIVIL COVER SHEET; COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF AND EXPEDITED TREATMENT and CORPORATE DISCLOSURE STATEMENT** upon Town of Huntington Zoning Board of Appeals at 100 Main Street, Huntington, New York 11743-6991 by personally delivering and leaving the same with D. Esposito, Clerk Typist, who is authorized by appointment to accept service.

       D. Esposito is a white female, approximately 50 years of age, is approximately 5 feet and 5-8 inches tall, weighs approximately 150 pounds, with medium length light brown hair and light eyes and was wearing glasses.

Sworn to before me this
2nd day of November, 2010

                                   JOSEPH SANCHEZ #1155200

MICHAEL J. KEATING
NOTARY PUBLIC, STATE OF NEW YORK
Reg. No. 01-KE-4851559
Qualified in New York County
Commission expires February 3, 2014