UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

T-MOBILE NORTHEAST LLC,

     Plaintiff,

 - against -

TOWN OF HUNTINGTON ZONING BOARD
OF APPEALS, and the TOWN OF
HUNTINGTON TOWN CLERK,

     Defendants.

------------------------------------------------------------ x

Case No. 10 Civ. 04994

**STIPULATED ORDER OF VOLUNTARY DISMISSAL**

  IT IS HEREBY STIPULATED AND AGREED TO, by and between the undersigned attorneys in the above-captioned action, that all claims in the above-captioned action asserted by plaintiff shall be and hereby are voluntarily dismissed as against defendant Town of Huntington Town Clerk **only**, pursuant to FRCP Rule 41(a)(1), without prejudice and without costs, disbursements or fees of any kind or nature to any party as against another. It is further stipulated and agreed that the time for the remaining defendant Town of Huntington Zoning Board of Appeals to answer the complaint shall be extended to and including December 3, 2010.

(Signature Page Follows)
/
/
/
/
/
/
/
/
/
/
/
/
/

1

/
/
/
/
/
Dated: New York, New York
   November 29, 2010

| DAVIS WRIGHT TREMAINE, LLP | JOHN J. LEO, TOWN ATTORNEY |
|---|---|
| *signature* | *signature* |
| Lacy H. Koonce, III | James F. Matthews, Special Counsel |
| 1633 Broadway | 100 Main Street |
| New York, New York 10019 | Huntington, New York 11743 |
| Telephone: (212) 489-8230 | 631-351-3042 |

*Of Counsel*
T. Scott Thompson
Daniel P. Reing
1919 Pennsylvania Ave. NW, Suite 800
Washington D.C. 20006
Telephone: (202) 973-4200
Fax: (202) 973-4499

*Counsel for*
*Plaintiff T-Mobile Northeast LLC*

*Counsel for Town of Huntington Zoning*
*Board of Appeals*

2