UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
T-MOBILE NORTHEAST LLC,

                Plaintiff,

   - against -

TOWN OF HUNTINGTON ZONING BOARD
OF APPEALS,

                Defendants.
----------------------------------------------------------------x

Case No. 10 Civ. 4994 (LDW)(WDW)

**STIPULATED ORDER OF VOLUNTARY DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED TO, by and between the undersigned attorneys for Plaintiff T-Mobile Northeast LLC and Defendant Town of Huntington Zoning Board of Appeals (collectively the "Parties") in the above-captioned action, that all claims in the above captioned action asserted by plaintiff shall be and hereby are voluntarily dismissed pursuant to FRCP Rule 41(a)(1), without prejudice and without costs, disbursements or fees of any kind or nature to any party as against another.

(Signature Page Follows)

/
/
/
/
/
/
/
/
/
/
/
/
/
/
/
/
/
/

1

Dated: October 31, 2011

DAVIS WRIGHT TREMAINE LLP

*/s/ Scott Thompson*

T. Scott Thompson (*pro hac vice*)
Daniel P. Reing (*pro hac vice*)
1919 Pennsylvania Ave. NW, Suite 800
Washington, DC 20006
Telephone: (202) 973-4200
Fax: (202) 973-4499
E-mail: scottthompson@dwt.com

Lacy H. Koonce, III
1633 Broadway
New York, NY 10019
Telephone: (212) 489-8230
Fax: (212) 489-8340
E-mail: lancekoonce@dwt.com

*Counsel for Plaintiff T-Mobile Northeast LLC*

Dated: October 31, 2011

JOHN J. LEO, TOWN ATTORNEY

*/s/ James F. Matthews*

James F. Matthews, Special Counsel
100 Main Street
Huntington, NY 11743
Telephone: (631) 351-3042

*Counsel for Town of Huntington Zoning Board of Appeals*

2